Matter of Fanning v Chapman (2026 NY Slip Op 01680)

Matter of Fanning v Chapman

2026 NY Slip Op 01680

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, GREENWOOD, NOWAK, AND HANNAH, JJ.

206 CAF 24-01783

[*1]IN THE MATTER OF JESSICA FANNING, PETITIONER-RESPONDENT,
vJOSEPH CHAPMAN, RESPONDENT-APPELLANT. 

LAW OFFICE OF VERONICA REED, SCHENECTADY (VERONICA REED OF COUNSEL), FOR RESPONDENT-APPELLANT.
ANDREW S. GREENBERG, SYRACUSE, ATTORNEY FOR THE CHILDREN. 

 Appeal from an order of the Family Court, Onondaga County (Christina F. DeJoseph, J.), entered September 4, 2024, in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted petitioner's request for permission to relocate with the subject children. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Memorandum: In this proceeding pursuant to Family Court Act article 6, respondent father appeals from an order that granted petitioner mother's petition seeking permission to relocate with the subject children. While this appeal was pending, Family Court entered an order upon consent of the parties that modified the custody and visitation arrangement (see Matter of Shilo v Shilo, 177 AD3d 1315, 1316 [4th Dept 2019]). That order renders the appeal moot, "and the exception to the mootness doctrine does not apply" (Matter of Thomas v Thomas, 151 AD3d 1919, 1920 [4th Dept 2017]).
Entered: March 20, 2026
Ann Dillon Flynn
Clerk of the Court